United States District Court
Western District of Pennsylvania

15BB MW
NO FEE / NO IFP

Jonathan Lee Riches,
Plaintiff

08.0252

V.

Megha Bahree; Zack O'malley Greenburg; FCI Williamsburg,
Defendants:

Relief under 28 USC 2241 / denied medical care

On 2-7-08, Plaintiff was denied proper medical care by defendants and health services at FCI Williamsburg. Plaintiff is subjected to waiting in long lines during the 6am, 11am, 7pm pill lines to receive ensure. Plaintiff has to stand in long lines up to 30 minutes, stand without benches or seats in freezing cold and Plaintiff is not provided a poncho when it rains. Plaintiff seeks better medical treatment and a poncho and to compel defendants not to violate Plaintiff's civil rights.

FILED
FEB 20 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Dockets.Justia.com